# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**DWAYNE L. DAY,**

        **Plaintiff,**

                        **JUDGMENT IN A CIVIL CASE**

**vs.**

                        **CASE NO.  C2-09-642**

**JANICE, et al.,**                **JUDGE EDMUND A. SARGUS, JR.**

                        **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendants.**

---

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

        **Pursuant to the Order filed November 5, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: November 5, 2009                JAMES BONINI, CLERK

                      */S/ Andy F. Quisumbing*

                      (By) Andy F. Quisumbing

                      Courtroom Deputy Clerk